THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0111-JCC |
| Plaintiff, | ORDER |
| v. | |
| EDGAR D. BARRON-GONZALEZ, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to seal (Dkt. No. 111) exhibit 1 (Dkt. No. 112) to its sentencing memorandum (Dkt. No. 110). Given the sensitive information[1] contained in the exhibit, the Court finds good cause to GRANT the Government's motion (Dkt. No. 111). The Clerk is DIRECTED to maintain the Government's exhibit 1 (Dkt. No. 112) under seal.

//

//

//

---

[1] The Government moves to maintain exhibit 1 under seal on the sole basis that it is "subject to the Discovery Protective Order in this case." (Dkt. No. 111 at 1.) While the Court finds it appropriate to seal this exhibit based on its sensitive content, the Government is reminded that the Protective Order does not allow sealing of protected materials as a matter of course. (Dkt. No. 29 at 3.) Motions to seal must comply with Local Civil Rule 5(g)(2), as incorporated into the Local Criminal Rules. W.D. Wash. Local Crim. R. 1.

ORDER
CR17-0111-JCC
PAGE - 1

DATED this 9th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE